# EXHIBIT D

## IN THE CIRCUIT COURT FOR GARRETT COUNTY, MARYLAND

BRANDON LEE ROANE, on behalf of himself and all others similarly situated,

     Plaintiff,

  v.

GRMC., INC., doing business as Garrett Regional Medical Center,

     Defendant.

Case No. C-11-CV-23-000177

## **DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL**

Defendant GRMC, Inc. hereby gives notice that this case was timely removed to the United States District Court for the District of Maryland on January 16, 2024. Accordingly, no further proceedings should be conducted in this matter in the Garrett County Circuit Court. A copy of the as-filed federal court Notice of Removal is attached as Exhibit A.

Dated: January 16, 2024

Respectfully Submitted,

*/s/ Paul M. Levine*
Paul M. Levine
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-7178
pmlevine@bakerlaw.com

*Attorney for Defendant*

<u>RULE 1-313 CERTIFICATION</u>

I hereby certify that I am admitted to practice law in the State of Maryland.

Dated: January 16, 2024                    Respectfully Submitted,

*/s/ Paul M. Levine*
Paul M. Levine
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-7178
pmlevine@bakerlaw.com

*Attorney for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing and all attached documents were filed electronically on January 16, 2024, and served on all counsel of record.

<u>**SERVICE LIST:**</u>

Arnold J. Abraham, Esq.
MD Bar No 1706200002
CyberLaw, LLC
220 N. Liberty Street
Baltimore MD 21201
Phone: ( 443) 906-3495

Eric Menhart, Esq.
MD Bar No 060613015
Lexero Law
512 C Street, NE
Washington, DC 20002
Phone: (855) 453-9376

*Attorneys for Plaintiff*

/s/ Paul M. Levine
*Attorney for Defendant*