IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Brandon Lee Roane | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:24-cv-00141 |
| GRMC, Inc. | * | |
| **Defendant.** | * | |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the ___Plaintiff, Brandon Lee Roane___

I certify that I am admitted to practice in this Court.

January 17, 2024
Date

_Robert W. Murphy_ (signature)
Signature

Robert W. Murphy, VA Bar #96230
Printed name and bar number

440 Premier Cir., #240 Charlottesville VA 22901
Address

rwmurphy@lawfirmmurphy.com
Email address

(434)328-3100
Telephone number

(434)328-3101
Fax number

EntryofAppearanceCivil (08/2015)